UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

**JULIO ACEVEDO,**

               **Plaintiff,**

   **-against-**

**KENNETH SOTO, NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, and BRYANT REED,**

               **Defendants.**

Civil Action No. 1:23-cv-07781

**JOINT** ~~PROPOSED~~ **DISCOVERY SCHEDULE**

------------------------------------------------------------- X

      This Revised Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. Plaintiff is to produce all new medical and insurance records in his possession, and executed authorizations for new medical and insurance records, to the extent that same have not already been produced, no later than **October 3, 2025**.

2. Plaintiff is to appear for a continued damages-only deposition on or before **November 7, 2025**.

3. Plaintiff is to appear for an Independent Medical Examination on or before **December 8, 2025**.

4. Plaintiff's supplemental damages expert disclosures shall be served on or before **December 8, 2025**.

5. Defendants' supplemental damages expert disclosures shall be served on or before **January 8, 2026**.

6. Damages expert depositions shall be completed on or before **February 9, 2026**.

7. Any dispositive motions shall be filed on or before **April 10, 2026**.

8. A case management conference is scheduled for **April 10, 2026, at 11 a.m.** in Courtroom 619 at the United States Courthouse, 40 Centre Street, New York, New York 10007.

Dated: September 19, 2025  
Newark, NJ

Yours, etc.,

LANDMAN CORSI BALLAINE & FORD P.C.

By: /s/ *Andrew B. Charkow*
Andrew B. Charkow
Rachel Morgan
Attorneys for Defendants
KENNETH SOTO AND NATIONAL
RAILROAD PASSENGER CORPORATION
D/B/A AMTRAK
One Gateway Center 22nd Floor
Newark, NJ 07102
(973) 623-2700

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/19/2025
New York, New York

2

4923-4087-9466v.4